United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DEBORD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-292 |
| | § | |
| BULLET PRODUCTION SERVICES, LLC, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Rule 41 Dismissal with Prejudice (D.E. 28), and noting that Plaintiff did not seek the certification of a class in this case, the Court enters final judgment dismissing this action with prejudice.

ORDERED this 13th day of November, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE